DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

MAY 10 '10 AM 11:01 USBCEW

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF WASHINGTON

In Re:
BESSMER, PATRICIA ANN

Case No.  06-00187-PCW13

Debtor

## TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $1,306.00, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claimant | Last Known Address | Amount |
|---|---|---|
| BESSMER, PATRICIA ANN | 7010 S. MORAN VIEW ST. SPOKANE , WA 99224 | $1,306.00 |

Dated: April 22, 2010

DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt 4874358         5-10-10         # 1306.00